# CLARA SINGER v. COURT OF HONOR.[1]

January 24, 1913.

Nos. 17,547—(146).

**Case followed.**

Defendant appeared specially for the purpose of the motion only and moved the municipal court of St. Paul to vacate (1) the service of summons and complaint, (2) the return of service of the summons and complaint, and (3) judgment entered in favor of plaintiff for $547.25. The ground of the motion was that the court did not acquire jurisdiction in the action over the defendant. The motion was denied, Finehout, J. From the order denying the motion, defendant appealed. Reversed.

*Spooner, Laybourn & Lucas* and *William B. Risse,* for appellant.

*A. J. Hertz,* for respondent.

PER CURIAM.

This action and Juster v. Court of Honor, supra, page 325, 139 N. W. 701, are twin cases.

For the reasons stated in the opinion referred to, the order appealed from is reversed.